# In the United States Court of Federal Claims

No. 14-661 V

**PATRICIA ELLIOT**

v.                                                                JUDGMENT

**SECRETARY OF THE DEPT.
OF HEALTH AND HUMAN
SERVICES**

    Pursuant to the special master's decision, filed November 4, 2015, adopting the parties' stipulation, filed November 2, 2015, it was held that petitioner is entitled to an award.

    IT IS ORDERED AND ADJUDGED this date, pursuant to Vaccine Rule 11(a), that petitioner is awarded compensation in the lump sum of $130,000.00, in the form of a check payable to petitioner. This amount represents compensation for all items of damages that would be available under 42 U.S.C. § 300aa-15(a).

                                               Hazel C. Keahey
                                               Clerk of Court

**November 10, 2015**                  By:    s/ Debra L. Samler

                                               Deputy Clerk

NOTE: As to election, 90 days from this date, see Vaccine Rule 12.

Represented petitioners' motions for attorneys' fees and costs shall be filed within 180 days of judgment, see Vaccine Rule 13. Pro se petitioners may seek litigation costs within 180 days of judgment.